|   |   |
|---|---|
| 1 | MORTON H. BOREN |
| 2 | State Bar No. 30820 |
|   | 354 South Spring Street |
| 3 | Suite 410 |
|   | Los Angeles, California 90013 |
| 4 | (213) 628-6361 |
| 5 | Attorney for Defendant |
|   | THOMAS A. POWELL, JR. |

FILED
CLERK, U.S. DISTRICT COURT
NOV 19 2002
11-19-02
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    ) CR 02-667-RSWL
                             )
              Plaintiff,     ) [PROPOSED] ORDER ON EX-PARTE
                             ) APPLICATION
                             )
         vs.                 )
                             )
                             )
THOMAS A. POWELL, JR.        ) DATE: (NO HEARING SET)
              Defendant.     ) TIME:
                             ) CTRM: Judge Lew
```

Upon the Ex-parte Application of the defendant, Thomas A. Powell, Jr., and good cause appearing therefore:

IT IS HEREBY ORDERED that this matter be set for hearing on November 21, 2002 at 11 ~~a.m.~~/p.m. [30] to determine if Mr. Powell should remain in custody.

DATED: November 19, 2002

RONALD S.W. LEW
UNITED STATES DISTRICT COURT JUDGE

CC: PTS

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am over the age of 18 and not a party to the within action. My business address is 354 South Spring Street, Suite 410, Los Angeles, California, 90013.

On November 19, 2002, I served the following documents:

**ORDER ON EX-PARTE APPLICATION TO SET HEARING FOR RELEASE OF DEFENDANT FROM CUSTODY**

on the interested parties in this action:

Tammy C. Spertus  
Assistant United States Attorney  
United States Attorney's Office  
312 N. Spring St.  
Los Angeles, CA. 90012  
(213)894-6436

Michael Rieger  
U.S. Probation Officer  
U.S. Probation Department  
312 N. Spring Street  
Los Angeles, CA. 90012  
(213)894-0231

( ) **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at 205 S. Broadway Suite 600, Los Angeles, California, 90012.

(XXX) **BY FAX SERVICE.** I caused said document to be delivered by facsimile transmission to the above addressee(s).

( ) **BY PERSONAL SERVICE.** I caused the envelope to be delivered by hand to addressees at the addresses indicated.

(XXX) (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

( ) (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 19th day of November, 2002 at Los Angeles, California.

ANTONIA OLMEDO