Priority ☑
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.: CR02-667-RSWL                                              Date: November 21, 2002

---

PRESENT: THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Lena Villegas | N/A | Tammy Spertus |
|---|---|---|---|
| Deputy Clerk | Court Reporter/ Recorder/Tape# | Interpreter | Asst. U. S. Attorney |

| USA v. (DEFENDANTS PRESENT): | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| (1) Thomas Powell, Jr. <br> _X_ custody ___ bond ___ O/R | (1) Morten Boren <br> _X_ appointed ___ retained |

PROCEEDINGS:    Defendant's Request to Determine if He Should Remain in Custody

The Court orders defendant released from custody forthwith (Release #D7902) under the following terms and conditions:

(1) Defendant is ordered immediately to undergo psychiatric evaluation, to be arranged by the pretrial services officer;

(2) Defendant seek weekly psychiatric visits with a court-appointed psychiatrist;

(3) Defendant maintain close contact with the pretrial services officer; and

(4) That weekly reports be provided by the court-appointed psychiatrist to the pretrial services officer.

ENTER ON ICMS
11-21-02

USM
cc:  PSA
     Probation

Initials of Deputy Clerk _pmc_

CR-11 (9/98)                                    CRIMINAL MINUTES - GENERAL