**ORIGINAL**

UNITED STATES DISTRICT COURT       P SEND
CENTRAL DISTRICT OF CALIFORNIA

MINUTES-GENERAL

CASE NO. CR 02-667-RSWL                DATE: January 28, 2003

TITLE: U.S.A. v. THOMAS POWELL, JR.

PRESENT: HONORABLE RONALD S.W. LEW, U.S. DISTRICT JUDGE

| Kelly Davis | Not present |
|---|---|
| Court Clerk | Court Reporter |

| ATTORNEYS FOR PLAINTIFFS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| Not present | Not present |

PROCEEDINGS: (IN CHAMBERS) NOTICE TO COUNSEL RE PREPARATION FOR TRIAL

MOTIONS IN LIMINE
All motions in limine shall be filed not later than 7 days before trial.

EXHIBITS
Counsel are to prepare their exhibits for presentation at trial by placing them in volumes which are tabbed down the right side with the exhibit numbers. These volumes are to be prepared in an original and one (1) copy for the Court. Each volume of exhibits shall be contained in a three-ring notebook and be prefaced by an index of each exhibit included in the volume. Exhibits must be numbered in accordance with Local Rule 26-4.

THE COURT REQUIRED THAT THE FOLLOWING BE SUBMITTED TO THE COURTROOM DEPUTY ON THE FIRST DAY OF TRIAL:
(1) The original exhibits with the Court's exhibit tags attached and filled out showing the case number, case name, and exhibit number. (EXHIBIT TAGS MUST BE ON THE FRONT OF THE EXHIBIT AND MAY BE STAPLED TO AN EXHIBIT IF IT CANNOT BE GLUED ON).

(2) Two bench books of the exhibits for use by the Court and witness tabbed with numbers as described above.

(3) THREE COPIES OF THE JOINT EXHIBIT LIST

(4) THREE COPIES OF THE WITNESS LISTS

ENTER ON ICMS

Initials of Deputy Clerk kd

JAN 29 2003

JAN 29 2003