```
                                                            Priority
                 UNITED STATES DISTRICT COURT               Send
                                                            Enter
              FOR THE CENTRAL DISTRICT OF CALIFORNIA        Closed
                                                            JS-5/JS-6
                                                            JS-2/JS-3
UNITED STATES OF AMERICA,    ) Case No. CR 02-667-RSWL      Scan Only
                             )
          Plaintiff,         ) SPECIAL VERDICT FORM
                             )
     v.                      )
                             )
THOMAS A. POWELL, JR.,       )
                             )
          Defendant.         )
                             )
                             )
_____)
```

FILED
CLERK, U.S DISTRICT COURT

AUG 10 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

**COUNT ONE**

We, the jury, in the above-entitled action, hereby FIND defendant Thomas A. Powell:

_____X_____ Guilty

_____ Not guilty

as charged in Count One of the indictment.

///

**Vulnerable Victim**

If you find defendant Thomas A. Powell, Jr. guilty as charged in Count One of the indictment, you must next determine whether Xue Lu was a "vulnerable victim." A "vulnerable victim" is a person who is unusually vulnerable due to age, physical or mental condition, or who is otherwise particularly susceptible to

ENTERED ON ICMS

AUG 1 3 2004

3

the criminal conduct. If you find that Xue Lu was a vulnerable victim, you must next determine whether the defendant knew or should have known that Xue Lu was a vulnerable victim.

Do you find beyond a reasonable doubt that Xue Lu was a vulnerable victim, and that the defendant knew or should have known that Xue Lu was a vulnerable victim?

__X__ Yes

_____ No

///

### COUNT TWO

We, the jury, in the above-entitled action, hereby FIND defendant Thomas A. Powell:

__X__ Guilty

_____ Not guilty

as charged in Count Two of the indictment.

///

### Vulnerable Victim

If you find defendant Thomas A. Powell, Jr. guilty as charged in Count Two of the indictment, you must next determine whether Xue Lu was a "vulnerable victim." A "vulnerable victim" is a person who is unusually vulnerable due to age, physical or mental condition, or who is otherwise particularly susceptible to

4

the criminal conduct. If you find that Xue Lu was a vulnerable victim, you must next determine whether the defendant knew or should have known that Xue Lu was a vulnerable victim.

Do you find beyond a reasonable doubt that Xue Lu was a vulnerable victim, and that the defendant knew or should have known that Xue Lu was a vulnerable victim?

__X__ Yes

_____ No

///

## COUNT THREE

We, the jury, in the above-entitled action, hereby FIND defendant Thomas A. Powell:

__X__ Guilty

_____ Not guilty

as charged in Count Three of the indictment.

### Vulnerable Victim

If you find defendant Thomas A. Powell, Jr. guilty as charged in Count Three of the indictment, you must next determine whether Jie Hao (aka Nancy Hao) was a "vulnerable victim." A "vulnerable victim" is a person who is unusually vulnerable due to age, physical or mental condition, or who is otherwise

5

1  particularly susceptible to the criminal conduct.  If you find
2  that Jie Hao (aka Nancy Hao) was a vulnerable victim, you must
3  next determine whether the defendant knew or should have known
4  that Jie Hao (aka Nancy Hao) was a vulnerable victim.

5  Do you find beyond a reasonable doubt that Jie Hao (aka
6  Nancy Hao) was a vulnerable victim, and that the defendant knew
7  or should have known that she was a vulnerable victim?

   __X__ Yes

   _____ No

///

_____
FOREPERSON OF THE JURY

DATED: 8/10, 2004 at Los Angeles, California.

6