**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Case No:  CR 02-667-RSWL                                 Date: November 22, 2004

---

PRESENT:  HONORABLE RONALD S. W. LEW, District Judge

| Kelly Davis | Sheri Kleeger | Tom O'Brian & Christopher Santoro |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney's |

| THOMAS A. POWELL, JR. | Irene Ayala |
|---|---|
| Defendant- CUSTODY | Counsel - aptd |

**SENTENCE:**

__X__  REFER TO JUDGMENT AND PROBATION/COMMITMENT ORDER (attached hereto) or
__X__  SEE BELOW.
_____  Imprisonment for _____ on each of count(s) _____Count(s) _____
       concurrent/consecutive to count(s) _____ Fine of $ _____ is
       imposed on each of count(s) _____ Execution ____ Imposition of ____ Sentence
       as to imprisonment only suspended
       on counts _____.
_____  Imposition of fine suspended on count(s) _____.
_____  Confined in a jail-type institution for _____ to be served
       on consecutive _____ from _____ to _____,
       commencing _____ to _____,
       and thereafter until the jail-type sentence has been completed;
       _____ months/years _____ SUPERVISED RELEASE _____ PROBATION imposed on
       count(s) _____ consecutive/concurrent to count(s) _____
       under the usual terms and conditions (see back of Judgment/Commitment Order)
       and the following additional terms and conditions, under the direction of the Probation Office:

   _____ Perform _____ hours of community service.
   _____ Serve _____ in a CCC/CTC.
   _____ Pay $_____ fine in amounts and times determined by P/O.
   _____ Make $_____ restitution in amounts and times determined by P/O.
   _____ Participate in a program for treatment of narcotic/alcohol addiction.
   _____ Pay any fine, assessment or costs imposed by this sentence & that remains
         unpaid at commencement of community supervision.
   _____ Comply with the rules/regulations of INS, if deported not return to U.S.A.
         illegally and upon any reentry during period of supervision report to the
         nearest P/O within 72 hours.

_____ Pursuant to Section 5E1.2(f), all fines are waived, including costs of imprisonment and
      supervision.  The Court FINDS the defendant does not have the ability to pay.
_____ Pay $_____, per count, special assessment to the United States for a total of $_____
_____ Imprisonment for _____ and for a study pursuant to 18 USC _____ with results to  be
      furnished to the Court within _____, not later than _____, whereupon the     sentence
      shall be subject to modification. This matter is set for further hearing on _____
_____ On Government's motion, balance of counts are ORDERED dismissed by the Court.
__X__ Defendant's request for downward departure is DENIED.
__X__ Government's request for enhancement is GRANTED.
__X__ Defendant has limited right to appeal within 10 days.
_____ ORDER sentencing transcript for Sentencing Commission. ____ FILED statement of reasons.
_____ Bond exonerated.
_____ Execution of sentence is stayed until 12 noon, ___ at which time the defendant shall
      surrender to the designated facility of the Bureau of Prisons or, if no designation made,
      to the U. S. Marshal, Los Angeles.
_____ Defendant ORDERED remanded to/released from custody of U.S. Marshal forthwith.
_____ Issued remand/release # _____.
_____ Present bond to continue as bond on appeal.
_____ Appeal bond set at $ _____.
__X__ FILED and distributed judgment. Issd JS-3. ENTERED.
_____ OTHER

ENTER ON ICMS
NOV 26 2004

Deputy Clerk Initials kd

CR 90 (2/91)                    CRIMINAL MINUTES - SENTENCING AND JUDGMENT

137



**United States District Court**
**Central District of California**

| UNITED STATES OF AMERICA vs. | Docket No. | CR 02-667-RSWL |
|---|---|---|

| Defendant | THOMAS A. POWELL JR. | Social Security No. 1 4 7 0 |
|---|---|---|
| akas: | None | (Last 4 digits) |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 11 | 22 | 04 |

**COUNSEL** [X] WITH COUNSEL   IRENE AYALA, APPOINTED
(Name of Counsel)

**PLEA** [ ] GUILTY, and the court being satisfied that there is a factual basis for the plea. [ ] NOLO CONTENDERE [ ] NOT GUILTY

**FINDING** There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

18 USC 242: Deprivation of rights under color of law (Count 1), Class A Misdemeanor; 18 USC 201(B)(2)(A): Bribery by a public official (Counts 2-3), Class C Felony

**JUDGMENT AND PROB/ COMM ORDER**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Thomas A. Powell, Jr., is hereby committed on Counts 1, 2, and 3 of the Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of 46 months. This term consists of 12 months on Count 1 and 46 months on each of Counts 2 and 3 of the Indictment, all to be served concurrently.

It is ordered that the defendant shall pay to the United States a special assessment of $300, which is due immediately.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

The Court orders that the Bureau of Prisons conduct a mental and physical health evaluation of the defendant and provide all necessary treatment.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of two years. This term consists of one year on Count 1 and two years on each of Counts 2 and 3, all such terms to run concurrently under the following terms and conditions:

1) The defendant shall comply with the rules and regulations of the Probation Office and General Order 318;

2) During the period of community supervision, the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment;

3) The defendant shall participate in a mental health counseling program as directed by the Probation Officer, until discharged by the treatment provider, with the approval of the Probation Officer. The defendant shall sign all necessary releases to enable the Probation Officer to monitor the defendant's progress. Further, the defendant shall pay the cost of all treatment to the treatment provider and submit proof to the Probation Officer;

4) The Probation Officer shall disclose the Presentence Report and/or any previous mental health evaluations or reports to the treatment provider. The treatment provider may provide information (excluding the Presentence Report), to State or local social service agencies (such as the State of California, Department of Social Services), for the purpose of the client's rehabilitation;

Case 2:02-cr-00667-RSWL   Document 137   Filed 11/22/04   Page 3 of 6   Page ID #:118

USA vs.   THOMAS A. POWELL, JR.                                    Docket No.:   CR 02-667-RSWL

5) As directed by the Probation Officer, the defendant shall pay all or part of the costs for defendant's psychological disorder treatment to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. The defendant shall provide payment and proof of payment as directed by the Probation Officer.

The drug testing condition mandated by statute is suspended based on the Court's determination that the defendant poses a low-risk of future substance abuse. Defendant has a limited right to appeal within 10 days of today's date. The Court recommends placement in the Southern California area. Defendant's request for downward departure is DENIED. Government's request for enhancement is GRANTED. Defense counsel's request to be relieved as counsel after Notice of Appeal is filed is GRANTED.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

_November 24, 2004_  
Date

_____  
U. S. DISTRICT JUDGE RONALD S. W. LEW

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

_Nov 24, 2004_  
Filed Date

By _Kelly Davis_  
Deputy Clerk

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

USA vs.   THOMAS A. POWELL, JR.                                    Docket No.:   CR 02-667-RSWL

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

☐   The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

**STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS**

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

    1. Special assessments pursuant to 18 U.S.C. §3013;
    2. Restitution, in this sequence:
        Private victims (individual and corporate),
        Providers of compensation to private victims,
        The United States as victim;
    3. Fine;
    4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
    5. Other penalties and costs.

USA vs.  THOMAS A. POWELL, JR.                                          Docket No.:   CR 02-667-RSWL

### SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

---

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
   at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____   By   _____
Date                               Deputy Marshal

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court
By

| USA vs. THOMAS A. POWELL, JR. | Docket No.: CR 02-667-RSWL |
|---|---|

_____        _____
Filed Date                 Deputy Clerk

========================================================

### FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

    These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____        _____
         Defendant                              Date


_____                 _____
U. S. Probation Officer/Designated Witness    Date